LAW OFFICE OF
**MANSON & McCARTHY**
17 STATE STREET - 8TH FLOOR
NEW YORK, NY 10004
212-943-8940
Facsimile 774-436-4893

JAMES McCARTHY
Managing Attorney

WILLIAM A. MAGLIANO
MINDY R. RICCA
BARI SHINBAUM
STEPHANIE A. JOHNSON
TERESA A. KLAUM
VANESSA L. FUERTH

JASON L. CASSIDY
FRANK T. SPANO
IRA M. THOMAS
JOHN H. SHIN
JAMES A. ALDAG

August 28, 2026

Hon. John P. Cronan
Unite States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: Christopher Franscisco De La Cruz v. Danielle Teittelbaum, et. al.
Case No. 1:26-cv-07066

Dear Judge Cronan:

I represent the defendants in the above-reference matter pending before you. I am in receipt of the court's order dated August 28, 2026 scheduling a conference on this matter for September 8, 2026 at 11:00 am.

Please be aware that I will be leaving the United States for the United Kingdom for vacation on the evening of September 1, 2026 until the evening of September 15, 2026. Further, I have been informed by my office that, due to security settings, my laptop computer will not likely be able to access the internet when I am outside of the United States.

Therefore, in light of this, and the other provisions of the order requiring the partis to submit a joint letter to the court seven days prior to the conference, I respectfully request that the conference be adjourned to a date on or after September 22, 2026.

Respectfully yours,



James A. Aldag
JA-3979

cc: Budin, Reisman, Kupferberg & Bernstein, LLP
112 Madison Avenue,
New York, New York 10016-7416
Attn: Gregory C. McMahon, Esq.
gregorymcmahon@brkblaw.com

The conference scheduled for September 8, 2026 is adjourned until September 23, 2026, at 2:00 p.m. At the scheduled time, the parties are directed to call (855) 244-8681, access code 2302 755 2307. The Clerk of Court is respectfully directed to close Docket Numbers 11 and 12.

SO ORDERED
August 31, 2026

JOHN P. CRONAN
United States District Judge